UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER RODRIGUEZ,<br><br>   Plaintiff,<br><br> vs.<br><br>NANCY A. BERRYHILL, Deputy Commissioner Of Social Security,<br><br>   Defendant. | No. 5:18- cv- 01366-SVW (AS)<br><br>ORDER DISMISSING CASE<br><br>WITHOUT PREJUDICE |

  Based upon the Notice of Withdrawal of Summons and Complaint Filed June 26, 2018, and for good cause shown, IT IS ORDERED that this case is hereby dismissed without prejudice and that both parties shall bear their own costs and expenses.

  Date: July 10, 2018

                STEPHEN V. WILSON
                UNITED STATES DISTRICT JUDGE